#0750
Name and Prisoner/Booking Number
Israel Maldonado Ramirez
Place of Confinement
9226. NORTH. HINTON
Mailing Address
CPT DeLHI, Cali 93315
City, State, Zip Code



FILED
OCT 20 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Israel Maldonado Ramirez
(Full Name of Plaintiff)           Plaintiff,

v.                                   CASE NO. 1:22-CV-01343-ADA-SKO
                                     (To be supplied by the Clerk)
(1) _____,
(Full Name of Defendant)

(2) _____,
                                     **CIVIL RIGHTS COMPLAINT**
(3) _____,         **BY A PRISONER**

(4) Dianna Finestaine  ,             ☒ Original Complaint
            Defendant(s).            ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Madera County Jail

RECEIVED
OCT 20 2022

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: **Dianna Firstline**. The first Defendant is employed as: **Sench** at **Unknown San Francisco**
   (Position and Title)  (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____
   (Position and Title)  (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____
   (Position and Title)  (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title)  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: THE eight Amendment is NOT Regarded.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ ~~Basic necessities~~
   - ☐ ~~Mail~~
   - ☐ ~~Access to the court~~
   - ☐ ~~Medical care~~
   - ☐ ~~Disciplinary proceedings~~
   - ☐ ~~Property~~
   - ☐ ~~Exercise of religion~~
   - ☑ Retaliation
   - ☐ ~~Excessive force by an officer~~
   - ☐ ~~Threat to safety~~
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The California State senate is confessing me Base on goopers Disrespected her By all mean of Spit, Slap, Rape, and Trespass Ranking of Her Because the gooners know me such as Buddy Feddrick=Pet... All of them have Done her wrong irespectively - and for that cause that I am the Owner of All Blueprints of the world Because I'm heavenly Father # one. that never goes down. she Doeswant to due the right thing to get me out with them Blue prints I want as Follows Game on Federal leave Blueprint Ect... like 'Blueprint Federal corpus perfect Best one 'original one forever Israel All E=MC. Confessed them and me By usein the Black conjur on me from it to hurt me and my family too cause she can't recive nothing from the Blueprint and gooner take advantage of her Gyn she takes it off on me every Day Since I came Back from A test a dobo on march 10, 2022 she started to Retaliat Because she got picked up by gooner torture her. and for that reason she won't come to get me out Respectfully she use wichcraft on me an on Blueprint All Because Don't like them no more. she has even use Black conjure

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?    ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

continueing of claim one
on the Blue print too go against me when i get it Recived, she hate's me cause i have it and wont let me have it she's not regarded for her to Due it safe keeping — it's not Right, she gets to go home happy like nothing is happening She knows that she lets people use the Blue print again to me, cause certin Blue print can Hurt you if you know you not Responsible for them i want them just the way they are. they tortfessing me with the power from the Blue print from Delibrate indiffrence i stay & she goes home the senate is holding me against my will here i dont have too Be here when Dianna Fihertaine is with the Blue print that I want. she Disrespected it so I can get tortfessed by the Blue print All, and liminete the statis of it she Dont care for the Blue print she has every Body like Fenhde tu kill me folit this was happening at the Madera jail & now here at Delhi cpt, she is continueing to retaliate with cpl graz ssI Buddy cannot the Divecoder of cpt. cause she Dont give a shit of what she is Dueing to my humanity and to the Blue prints I want and that of I can get of them Blue prints mine I could be free out of here But she Refuses to Due the right thing out of from Deliberate indiffrene she comes & goes like nothing she has let out Alot of wl people Before me and it's penance she not Dueing Never gave permmission for any one that i consent to have a leeve or release espeecicly a Blue print. its Beens three

4 φ

Continue of Cliam one —
Year since i left every thing for her to do for me of inquirys on her to help me and she slaps me on the face with Deliprate indiffrence cause she Does Black conjur on the Blue print and on my hair tu tovtferp me & telecanise is use to hurt me, and she hurt my family from Heaven and familys that Don't know me only to make her self feel better of her self Big retaliation on them cause there from the Blue print Heavenly Father in Heavens forever me Israel MR Forever me father she don't care for the respects to Due the right for me to get out safely make her Due it Base i want what is mine for them too give me my Blue print honor me she has also pusion the food at madera Jail for me to Be ill g

4. INJURY = I was not like this Brute, Bane, putrid with mental anguish too it's an emergency im Decompensating too eet...

5. Administrative Remedies
   NONE

PG 5

# Request For Relief

State the Relief you are seeking.
Send me some one to get me out with all the Blue prints I want. Regarding. Game on leave Blue print Forever! And Habear corpus papavas corpus perfect Best one Sol & Blue print Federal corpus perfect Best one original one Forever! Israel 1 EME And Heavenly Father in heaven Forever! me Israel MR Forever me Father #1 Blue Followed #2 that goes Habeas corpus Federal corpus Blue print. Forever me 1se Father in heaves Forever in me purple heart Forever I and 100apg Blue with with papavaz corpuz Federal corpus Blue print Federal level perfect Best one Forever me Israel Maldonado Ramirz 100apg Black Berry I want them all they were left like the way they were in Bexar well I came from medina Jail were I first order them. I want them this came so I know who tore them up! give them to me In Regarded give me 50 Billion For them not regarding pinolistal interst they Don't have respects to open them Thank you your honor have a good Fairwell included Jumpsman marine #one

* I declare under penalty of perjury that the Foregoing is true and correct!
Exsecuted on 10-16-2022  Israel Mallcad Ramir

No other partys Disclosed